## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:                          )
                                )            CHAPTER 13
Russell Edward Judd             )
                                )            CASE NO.  16-68625-LRC
        DEBTOR                  )
                                )

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Melissa J. Davey, Standing Chapter 13 Bankruptcy Trustee, files this Notice that she is remitting the amount of $6275.01 to the Registry of the Clerk of the United States Bankruptcy Court on behalf of Catharine Judd, 1031 Bay Pointe Way, Lilburn, GA 30047, related to Claim No. 1. These funds are being remitted to the Registry because the Creditor has not claimed the funds.

Dated: 11/25/2019

Respectfully submitted,

/s/Melissa V. Davey

Melissa J. Davey
Standing Chapter 13 Trustee
Georgia Bar No. 206310
260 Peachtree Street, NW Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
Facsimile: 678-510-1450
mdavey@13trusteeatlanta.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| Russell Edward Judd | ) | |
| | ) | CASE NO.  16-68625-LRC |
| DEBTOR | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing Notice of Deposit of Unclaimed Funds using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Elizabeth Childers     echilders@logs.com, GAECFnotifications@logs.com
Charles M. Clapp     charles@lawcmc.com, ecf@lawcmc.com;R47480@notify.bestcase.com
Taylor S. Mansell     tmansell@logs.com, gaecfnotifications@logs.com
Jenny Nguyen     bk@npattorney.com
Lucretia Lashawn Scruggs     GAECFNotifications@logs.com, lscruggs@logs.com

I further certify that on this day I caused a copy of this document to be served via  with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR(S):
Russell Edward Judd
3733 Sidney Lanier Blvd
Duluth, GA  30096

Dated: 11/25/2019

Respectfully submitted,

/s/Melissa J. Davey

Melissa J. Davey
Standing Chapter 13 Trustee
Georgia Bar No. 206310
260 Peachtree Street, NW Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
Facsimile: 678-510-1450
mdavey@13trusteeatlanta.com